

# NUMBER 13-14-00258-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**THE CITY OF ALAMO, TEXAS,**                             **Appellant,**

**v.**

**PRO-MEDIC EMS, LLC,**                                   **Appellee.**

## On appeal from the County Court at Law No. 7 of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on October 1, 2014, pending resolution of an issue with the final judgment. This cause is now before the Court on appellant's unopposed motion to dismiss the appeal on grounds this interlocutory appeal is now moot and appellant elects to dismiss this appeal. Appellant requests that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of February, 2015.